# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ENTERPRISES, LLC - SERIES 4** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-53** |
| | : | |
| **UNITED STATES POSTAL SERVICE** | : | |

# ORDER

**AND NOW**, this 28th day of February 2022, upon considering Plaintiffs' Notice of Voluntary Dismissal (ECF Doc. No. 5), it is **ORDERED**:

1. This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**